# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
LGS Innovations LLC ) ASBCA No. 60712
)
Under Contract No. W52P1J-09-A-0015 )

APPEARANCES FOR THE APPELLANT: Jonathan D. Shaffer, Esq.
John S. Pachter, Esq.
Sean K. Griffin, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Adam Kama, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 21, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60712, Appeal of LGS Innovations LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals